# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CARSON.<br><br>         Plaintiff.<br><br>    vs.<br><br>FEDEX SUPPLY CHAIN. INC.. a Delaware corporation: and DOES 1 through 100. inclusive.<br><br>         Defendants. | Case No. 5:21-cv-01489 DSF (SHKx)<br><br>(RIVERSIDE COUNTY SUPERIOR COURT CASE NO. CVRI2102575)<br><br>**ORDER RE STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Action Filed:   June 16. 2021<br>Trial Date:      None Set |

Having read and considered the Joint Stipulation re Dismissal of Action With Prejudice of Plaintiff Ryan Carson ("Plaintiff") and Defendant FedEx Supply Chain, Inc. ("Defendant") (collectively, the "Parties"), and GOOD CAUSE APPEARING, it is HEREBY ORDERED, ADJUDGED and DECREED as follows:

   1.   The Parties' Stipulation is Granted;

1780858.1

1

**ORDER RE STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE**

2. Plaintiff's allegations, claims, and claims for relief asserted in Plaintiff's Complaint, Plaintiff's Complaint, and this entire action, shall be and hereby are DISMISSED WITH PREJUDICE

3. Each party shall his or its own costs, expenses and attorneys' fees incurred in the prosecution and defense of this action; and

4. Upon dismissal of this action, the Court shall retain jurisdiction to interpret and enforce the provisions of the Parties' settlement and release agreement pursuant to Federal Rule of Civil Procedure 41.

IT IS SO ORDERED.

DATED: February 23, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE